STATE v. CALLAHAN

No. 232P89

Case below: 93 N.C. App. 579

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.

STATE v. ENSLEY

No. 273P89

Case below: 94 N.C. App. 390

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.

STATE v. HARTNESS

No. 258PA89

Case below: 94 N.C. App. 224

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 6 September 1989.

STATE v. HINES

No. 318P89

Case below: 93 N.C. App. 790

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 6 September 1989.

STATE v. HORNE

No. 196P89

Case below: 93 N.C. App. 514

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.